USDC SCAN INDEX SHEET










```
GEP    2/28/05    13:22
3:05-CR-00343   USA V. MAYER
*10*
*CRINDI.*
```

FILED

FEB 25 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2004 Grand Jury

05 CR 0343 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 18, U.S.C., Sec. 2423(e) - Conspiracy to Travel with Intent to Engage in Illicit Sexual Conduct; Title 18, U.S.C., Sec. 2423(b) - Travel in Interstate Commerce with the Intent to Engage in Illicit Sexual Conduct |
| DAVID CORY MAYER (1), PHILLIP TODD CALVIN (2), PAUL ERNST ZIPSZER (3), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury, but not later than November 12, 2004, and continuing until February 11, 2005, within the Southern District of California, and elsewhere, defendants DAVID CORY MAYER, PHILLIP TODD CALVIN, and PAUL ERNST ZIPSZER did knowingly and willfully combine, conspire, and agree with each other and others known and unknown to the grand jury, to travel in interstate and foreign commerce for the purpose of engaging in illicit sexual conduct with another person, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246), with a person under eighteen years

AKP:nlv(1):San Diego
2/25/05

10

1 of age, which said sexual act would be in violation of Title 18,
2 United States Code, Chapter 109A, if the sexual act occurred in the
3 special maritime and territorial jurisdiction of the United States;
4 in violation of Title 18, United States Code, Section 2423(b).

## OVERT ACTS

In furtherance of said conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California and elsewhere.

1. On or about and between November 12-14, 2004, in Miami, Florida, defendants DAVID CORY MAYER, PHILLIP TODD CALVIN, and PAUL ERNST ZIPSZER met and had discussions at a meeting of the North American Man-Boy Love Association (NAMBLA).

2. On or about and between November 12-14, 2004, in Miami, Florida, defendants DAVID CORY MAYER and PHILLIP TODD CALVIN had discussions with an undercover FBI agent about travel locations to have sex with boys.

3. On or about November 12, 2004, in Miami, Florida, defendant DAVID CORY MAYER met with the undercover FBI agent and discussed a trip he had made to Thailand.

4. On or about November 15, 2004, defendant DAVID CORY MAYER sent defendant PHILLIP TODD CALVIN, and an undercover FBI agent, an email about websites they would find "interesting and helpful."

5. On or about November 16, 2004, defendant PHILLIP TODD CALVIN sent an email to an undercover FBI agent saying he was really looking forward to a trip to Mexico.

6. On or about December 5, 2004, defendant PHILLIP TODD CALVIN left a telephone message for defendant PAUL ERNST ZIPSZER.

7. On or about December 14, 2004, in a telephone conversation with the undercover FBI agent, defendant PHILLIP TODD CALVIN advised the undercover FBI agent that he wanted to "request" 12 and 13 year olds while on the Mexico trip.

8. On or about December 19, 2004, during a telephone conference call with the undercover FBI agent defendant DAVID CORY MAYER said that he and defendant PHILLIP TODD CALVIN would be flying together to San Diego. During this conversation both defendants PHILLIP TODD CALVIN and DAVID CORY MAYER discussed the type of sex and the type of boys they wanted.

9. On or about December 20, 2004, defendant DAVID CORY MAYER sent emails to defendant PHILLIP TODD CALVIN and the undercover FBI agent, outlining his attempts to get in touch with defendant PAUL ERNST ZIPSZER.

10. On or about December 27, 2004, in a telephone conference call with the undercover FBI agent, defendants DAVID CORY MAYER and PHILLIP TODD CALVIN discussed what items they should bring for the boys in Mexico, with MAYER saying that he had brought dvd's, video games, and music in the past.

11. On or about January 2, 2005, in response to a message left at defendant PAUL ERNEST ZIPSZER's home, by an undercover FBI agent, defendant PAUL ERNST ZIPSZER telephoned the undercover agent; during this call, when the undercover FBI agent invited defendant PAUL ERNST ZIPSZER to join the group in Mexico, defendant PAUL ERNST ZIPSZER indicated that he was interested.

//

3

12. On or about January 8, 2005, defendant PAUL ERNST ZIPSZER sent a deposit check for the Mexico trip to the undercover FBI agent.

13. On or about January 10, 2005, defendant PHILLIP TODD CALVIN sent his application and credit card payment for the Mexico trip to an undercover travel agency.

14. On or about January 17, 2005, during a telephone conversation with the undercover FBI agent, PAUL ERNST ZIPSZER said that he had been a NAMBLA member for 3-4 years, and he preferred boys aged 11-13.

15. On or about January 22, 2005, defendant DAVID CORY MAYER, during a telephone conversation with the undercover FBI agent, said that he had performed sex acts on boys in Mexico.

16. On or about January 23, 2005, during a telephone conversation with the undercover FBI agent, defendant PAUL ERNST ZIPSZER expressed his preference for certain types of sexual acts.

17. On or about January 23, 2005, defendant PHILLIP TODD CALVIN telephoned the undercover FBI agent and inquired as to whether defendant PAUL ERNST ZIPSZER had sent all his money in for the trip to Mexico.

18. On or about February 1, 2005, defendant DAVID CORY MAYER sent an email to the undercover FBI agent saying that he would be calling defendant PAUL ERNST ZIPSZER that night regarding the trip to Mexico.

//
//

19. On or about February 3, 2005, defendant PHILLIP TODD CALVIN sent an email to defendant DAVID CORY MAYER and the undercover FBI agent regarding the trip to Mexico.

20. On or about February 3, 2005, defendant DAVID CORY MAYER sent an email to defendant PHILLIP TODD CALVIN and the undercover FBI agent, saying in part that he had spoken with defendant PAUL ERNST ZIPSZER about the trip and that he didn't appear to have any reservations about it.

21. On or about February 7, 2005, defendant DAVID CORY MAYER telephoned an undercover FBI agent and left a message, reminding the agent that he (MAYER) was going to stay in Dallas with defendant PHILLIP TODD CALVIN before coming to San Diego.

22. On or about February 10-11, 2005, defendant DAVID CORY MAYER, traveled from Chicago, Illinois, to Dallas, Texas and then on to San Diego, California.

23. On or about February 11, 2005, defendant PHILLIP TODD CALVIN traveled from Dallas, Texas, to San Diego, California.

24. On or about February 11, 2005, defendant PAUL ERNST ZIPSZER traveled from Florida, to San Diego, California.

All in violation of Title 18, United States Code, Section 2423(e).

//
//
//
//
//

## Count 2

On or about and between February 10 and 11, 2005, defendant DAVID CORY MAYER did travel in interstate commerce, that is, from Illinois to San Diego, California, within the Southern District of California, for the purpose of engaging in illicit sexual conduct with another person, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age that would be in violation of Title 18, United States Code, Chapter 109A, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

## Count 3

On or about February 11, 2005, defendant PHILLIP TODD CALVIN did travel in interstate commerce, that is, from Texas to San Diego, California, within the Southern District of California, for the purpose of engaging in illicit sexual conduct with another person, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age that would be in violation of Title 18, United States Code, Chapter 109A, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

//
//
//
//
//
//

### Count 4

On or about February 11, 2005, defendant PAUL ERNST ZIPSZER did travel in interstate commerce, that is, from Florida to San Diego, California, within the Southern District of California, for the purpose of engaging in illicit sexual conduct with another person, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age that would be in violation of Title 18, United States Code, Chapter 109A, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

DATED: February 25, 2005.

A TRUE BILL:

*[signature]*
Foreperson

CAROL C. LAM
United States Attorney

By: *[signature]*
ANNE KRISTINA PERRY
Assistant U.S. Attorney

I hereby attest and certify on Jun 07, 2012 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ K. Betancourt
       Deputy